UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

    Plaintiff/Counterclaim Defendant,

v.

MICHAEL STERN,

    Defendant/Counterclaim Plaintiff.

Civil Action No. JFM 98-457

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION EXTENDING DEADLINE
## TO FILE OPPOSITION AND REPLY MEMORANDA

Plaintiff/counterclaim defendant, Lincoln National Life Insurance Company ("Lincoln National"), and defendant/counterclaim plaintiff, Michael Stern (Mr. Stern"), by their undersigned counsel, hereby stipulate and agree that (i) the deadline for Lincoln National to file its opposition to cross-motion for summary judgment and reply memorandum shall be extended to November 1, 1999; and (ii) the deadline for Mr. Stern to file his reply memorandum shall be extended until November 22, 1999.

_____
Steven A. Allen
Federal Bar No. 00697
Una Perez
Federal Bar No. 11582

Hodes, Ulman, Pessin & Katz
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
(410) 339-6967

Attorneys for Michael Stern

_____
Bryan D. Bolton
Federal Bar No. 02112
Michael R. McCann
Federal Bar No. 23751

Funk & Bolton, P.A.
100 Light Street, Suite 1000
Baltimore, Maryland 21202-1036
(410) 659-7700

Attorneys for Lincoln National
Life Insurance Company


SO ORDERED:

_____
Date

_____
United States District Judge

43611.033.30503