IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LINCOLN NATIONAL LIFE        *
INSURANCE COMPANY            *
                             *
        v.                   *  Civil No. JFM-98-457
                             *
MICHAEL STERN                *
                         *****

ORDER

As stated in the memorandum to counsel being entered herewith, it is, this 20th day of January 2000

ORDERED

1. Lincoln National Life Insurance Company's motion for partial summary judgment is denied; and

2. Michael Stern's motion for summary judgment is denied.

_____
J. Frederick Motz
United States District Judge