**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

January 20, 2000

Memo to Counsel Re: Lincoln National Life Insurance Co. v. Michael Stern
Civil No. JFM-98-457

Dear Counsel:

I have reviewed the memoranda submitted in connection with Lincoln National's motion for partial summary judgment and Mr. Stern's motion for summary judgment.

Both motions are denied. I am disturbed by the submissions that Mr. Stern made to the Administrative Office of the Courts and other public agencies. However, I am not prepared to rule, at least at this stage of the litigation, that the submissions estop Mr. Stern from disability payments. As to the other issues raised by your motions, suffice it to say that I am satisfied that there exist genuine disputes of material fact that must be resolved by the fact-finder.

A scheduling conference will be held at 9:00 a.m. on February 14, 2000. Please bring your calendar with you to the conference. If any of you would prefer to hold the conference by conference call, please call my chambers to make the necessary arrangements.

The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

