UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff/Counterclaim Defendant, | * | Civil Action No. JFM 98-457 |
| v. | * | |
| MICHAEL STERN, | * | |
| | * | |
| Defendant/Counterclaim Plaintiff. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Upon consideration of plaintiff/counterclaim defendant Lincoln National Life Insurance Company's motion for leave to file a second amended complaint, and defendant/counterclaim plaintiff Michael Stern's response thereto, it is this ___ day of _____, 2000:

ORDERED, that Lincoln National Life Insurance Company's motion for leave to file second amended complaint be, and the same hereby is, GRANTED; and

IT IS FURTHER ORDERED, that the second amended complaint accompanying Lincoln National Life Insurance Company's motion for leave to file second amended complaint be, and the same hereby is, deemed to have been filed with the Court.

_____
United States District Court Judge

Dated: _____, 2000

43611.033:36270